UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| K.R.M., A.B.W., M.L.K., J.H.D., M.A.M., K.M.C., M.A.E.M, and A.M.H.<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>LARUE COUNTY SCHOOL DISTRICT,<br>　Serve: Sam Sanders, Superintendent<br>　　　　208 College Street<br>　　　　Hodgenville, Kentucky 42748<br><br>STEPHEN KYLE GOODLETT,<br>　317 Bent Creek<br>　Elizabethtown, Kentucky 42701<br><br>　　　　　　Defendants | CIVIL ACTION NO:<br>3:17-cv-00578<br><br><br><br>**FIRST AMENDED<br>COMPLAINT** |

　　Come the Plaintiffs, K.R.M., A.B.W., M.L.K., J.H.D., M.A.M., K.M.C., M.A.E.M., and A.M.H., by counsel, and pursuant to F.R.Civ.P. 15(a), file this as their First Amended Complaint.

　　1.　The Plaintiffs state affirmatively that the purpose of this First Amended Complaint is to join K.M.C., M.A.E.M. and A.M.H. as Plaintiffs herein;

　　2.　The Plaintiffs, including the newly joined Plaintiffs, reassert each and every allegation of the original Complaint (Doc. #1), and incorporate each herein by

1

  reference as if fully set forth, and fully applicable to both the original Plaintiffs and the newly joined Plaintiffs;

3. The newly joined Plaintiffs, K.M.C., M.A.E.M. and A.M.H., do not request appointment as Class Representatives for the putative class identified in Count IX of the Complaint, but respectfully request that the original Plaintiffs in this proceeding by appointed as Class Representatives.

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiffs, K.R.M., A.B.W., M.L.K., J.H.D., M.A.M., K.M.C., M.A.E.M., and A.M.H., on their own behalf and on behalf of all similarly situated students in the proposed class, pray for relief as follows:

1. For Judgment in favor of the Plaintiffs, on their own behalf and on behalf of putative class members, and against the Defendants, Stephen Kyle Goodlett and LaRue County School District, pursuant to 28 U.S.C. §§ 2201 and 2202 and 42 U.S.C. § 1983 declaring that the actions of the Defendants violated the Fourth Amendment to the Unites States Constitution;

2. For Judgment in favor of the Plaintiffs, on their own behalf and on behalf of putative class members, and against the Defendants, LaRue County School District and Stephen Kyle Goodlett, pursuant to 20 U.S.C. § 1681(a);

3. For Judgment in favor of the Plaintiffs, on their own behalf and on behalf of putative class members, for all elements of damages that they have suffered;

4. For an Order requiring the Defendants, Stephen Kyle Goodlett and LaRue County School District, to identify all putative class members;

5. For Judgement in favor of each putative class member for all elements of damage

that each may have suffered;

6. For Judgement awarding punitive damages as allowed by law;

7. Pre-judgment and post-judgment interest;

8. For an award of statutory attorneys' fees pursuant to 42 U.S.C. § 1988;

9. For their costs herein incurred;

10. For a trial by jury; and

11. For any and all other relief to which they may appear entitled.

Respectfully Submitted,

/s/ *Joseph H. Mattingly III*
**JOSEPH H. MATTINGLY III**
**MATTINGLY & NALLY-MARTIN, PLLC**
Attorneys at Law
104 W. Main Street - P.O. Box 678
Lebanon, Kentucky 40033
(270) 692 – 1718
joe@mattinglylawoffices.com

and

**JUDE A. HAGAN**
Attorney at Law
105 West Main Street
Lebanon, Kentucky 40033
(270) 692-2161
jude@kylawoffices.com

3