UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| K.R.M., A.B.W., M.L.K., J.H.D., M.A.M., K.M.C., M.A.E.M., and A.M.H. | ) ) ) | CIVIL ACTION NO: 3:17-cv-578-DJH |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| LARUE COUNTY SCHOOL DISTRICT, | ) ) ) | |
| and | ) ) | |
| STEPHEN KYLE GOODLETT, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This matter is before the Court on Defendant, LaRue County School District's, Motion to Dismiss Plaintiffs' Claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Court, having heard from the parties and being sufficiently advised, is of the opinion that Plaintiffs' claims in this lawsuit should be dismissed with prejudice on the basis that they have failed to state a claim upon which relief can be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Claims is GRANTED and Plaintiffs' Complaint is hereby dismissed with prejudice and stricken from the Court's active docket.