# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| K.R.M., A.B.W., M.L.K., J.H.D., and M.A.M.   ) | |
| ) | CIVIL ACTION NO: 3:17-cv-00578 |
| Plaintiffs,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| LARUE COUNTY SCHOOL DISTRICT,   ) | |
| ) | |
| and   ) | |
| ) | |
| STEPHEN KYLE GOODLETT,   ) | |
| ) | |
| Defendants   ) | |

**AGREED ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE RESPONSE TO MOTION TO DISMISS OF DEFENDANT, LARUE COUNTY SCHOOL DISTRICT, AND REPLY TO RESPONSE TO MOTION TO PROCEED ANONYMOUSLY**

The Plaintiffs and the Defendant, Larue County School District, by their respective counsel, having agreed, and the Court being otherwise sufficiently advised,

**IT IS HEREBY AGREED AND ORDERED**, as follows:

1. That the time for the Plaintiffs to file their Response to the Motion to Dismiss of the Defendant, Larue County School District, (Doc. #9), be, and it hereby is, extended such that it shall be filed on or before November 20, 2017;

2. That the time for the Plaintiffs to file their Reply to the Response of the Defendant, Larue County School District, to the Plaintiffs' Motion to Proceed Anonymously

(Doc. #10), be, and it hereby is, extended such that it shall be filed on or before November 6, 2017.

HAVE SEEN AND AGREED:

  /s/   *Joseph H. Mattingly III*
Joseph H. Mattingly III
**MATTINGLY & NALLY-MARTIN, PLLC**
Attorneys at Law
P.O. Box 678 – 104 West Main Street
Lebanon, Kentucky  40033
Telephone:  (270) 692-1718
joe@mattinglylawoffices.com

and

Jude A. Hagan
Attorney at Law
105 West Main Street
Lebanon, Kentucky  40033
Telephone:  (270) 692-2161
jude@kylawoffices.com

*Counsel for Plaintiffs*

  /s/   *Dana L. Collins*   [with permission]
Dana L. Collins
Mark S. Fenzel
Vanna R. Milligan
**MIDDLETON REUTLINGER**
Attorneys at Law
2600 Brown & Williamson Tower
401 South Fourth Street
Louisville, Kentucky  40202
Telephone:  (502)584-1135
dcollins@middletonlaw.com
mfenzel@middletonlaw.com
vmilligan@middletonlaw.com

and

Thomas P. Claycomb
**CLAYCOMB LAW OFFICE, PLLC**
Attorneys at Law
208 N. Lincoln Blvd., P.O. Box 288
Hodgenville, Kentucky  42748
Telephone:  (270) 358-9620
tom@claycomblawoffice.com

*Counsel for Defendant, LaRue County School District*

#