UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.: 3:17-cv-00578
*Electronically Filed*

K.R.M., A.B.W., M.L.K., J.H.D., M.A.M. )
K.M.C., M.A.E.M., and A.M.H. )
                                       )
**Plaintiffs,**                        )
vs.                                    )
                                       )
LARUE COUNTY SCHOOL DISTRICT,          )
                                       )
and                                    )
                                       )
STEPHEN KYLE GOODLETT,                 )
                                       )
            **Defendants**             )

### PLAINTIFFS' REPLY TO RESPONSE OF DEFENDANT, LARUE COUNTY SCHOOL DISTRICT, TO MOTION TO PROCEED ANONYMOUSLY

Come the Plaintiffs, K.R.M., A.B.W., M.L.K., M.A.M., K.M.C., M.A.E.M. and A.M.H., by counsel, and file this as their Reply to the Response of the Defendant, Larue County School District ("School District") to their Motion to Proceed Anonymously.

Misrepresenting the scope of the request for anonymity requested by the Plaintiffs, showing no prejudice that the Plaintiffs' Motion would cause to it, and obviously seeking to further embarrass the victims of its own school official, the School District callously objects to a most basic effort by the Plaintiffs to minimize further victimization. The School District incorrectly states that the only privacy interest involved here is keeping the actual images of the Plaintiffs, all taken while they were minors, from further public view. To the contrary,

1

each of the Plaintiffs are the victims of a child pornography scheme perpetrated by one of the School District's own officials. While the Plaintiffs' decisions to take inappropriate photographs of themselves during their minority were significant indiscretions, they pale in the seriousness of the conduct of the School District's official. To the extent that the relief requested by the Plaintiffs does not cause actual prejudice to the School District, these victims should be permitted to proceed without being identified to the public as victims of child pornography.

The School District expresses concern that by granting the Plaintiffs' Motion to Proceed Anonymously, it will be unable to take "full discovery" and thus be "handcuffed." However, in the Plaintiffs' proposed Order granting them leave to proceed anonymously (Doc. #5-1), they request only that their initials, rather than their actual names, be utilized in all further filings with the Court. The Plaintiffs have not requested, and do not expect, any limitations in the School District's discovery. Thus, the School District's defense clearly will not be prejudiced.

With the inability to show it will suffer any prejudice by granting the Plaintiffs' request, the School District resorts First Amendment concerns, relying on *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 100 S.Ct. 2814, 65 L.Ed.2d 973 (1980). However, while discussing the implications of the First Amendment upon Court proceedings, the facts there are clearly distinguishable from the case at bar. *Richmond Newspapers, Inc. v. Virginia* involved a trial court's Order closing a murder trial, to the exclusion of press and the public. Obviously, the public's interest in a trial proceeding of such magnitude is more consequential than shielding the identities of victims of child pornography from the public during pre-trial proceedings in a civil case.

As disclosure that each of the Plaintiffs is a child pornography victim rises to the level of "utmost intimacy," and the School District cannot show prejudice, the Plaintiffs respectfully request that their Motion to proceed anonymously, by requiring that references to them in the public record of this proceeding be limited to their initials, be granted.

Respectfully Submitted,

/s/   *Joseph H. Mattingly III*
**JOSEPH H. MATTINGLY III**
**MATTINGLY & NALLY-MARTIN, PLLC**
Attorneys at Law
104 W. Main Street - P.O. Box 678
Lebanon, Kentucky 40033
(270) 692 – 1718
joe@mattinglylawoffices.com

and

**JUDE A. HAGAN**
Attorney at Law
105 West Main Street
Lebanon, Kentucky 40033
(270) 692-2161
jude@kylawoffices.com

### CERTIFICATION

The undersigned does hereby certify that the foregoing Reply to Response of Defendant, LaRue County School District, to Motion to Proceed Anonymously, was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. A true and correct copy thereof was also served upon the following by placing same in the United States First Class Mail, postage prepaid, to:

Stephen Kyle Goodlett
317 Bent Creek
Elizabethtown, Kentucky 42701

By:   /s/ *Joseph H. Mattingly III*
JOSEPH H. MATTINGLY III