UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KAYLA R. MALOTT, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LARUE COUNTY SCHOOL DISTRICT, ) <br> ET AL., ) <br> ) <br> Defendants. ) | Civil Action No. 3:17-CV-578-CHB <br><br> **DEFAULT JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Plaintiffs' Motion for Default Judgment against Defendant Stephen Kyle Goodlett [R. 38]. The Court has reviewed the record and having determined that the Defendant, Stephen Kyle Goodlett, was properly served with summons and a copy of the Complaint on January 17, 2018 [R. 16] and that he has not pled or otherwise defended this action, and is thus in default; and having further determined that the Plaintiffs' claims are not for a sum certain or a sum that can be made certain by computation, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Plaintiffs' **Motion for Default Judgment against Defendant Stephen Kyle Goodlett [R. 38] is GRANTED.**

2. That Plaintiffs, and each of them, shall recover from the Defendant, Stephen Kyle Goodlett, on each of the claims asserted by the Plaintiffs in their Complaint, in amounts which shall reasonably and adequately compensate them the damages resulting from such claims.

- 2 -

3. That upon Motion by the Plaintiffs, or upon later Order of this Court, the Court may conduct hearings, impanel juries or make referrals to determine the amount of damages to which each of the Plaintiffs shall be entitled.

This the 15th day of October, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of record
    Defendant Goodlett