UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KAYLA R. MALOTT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 3:17-CV-578-CHB |
| | ) |
| v. | ) |
| | ) **JUDGMENT** |
| STEPHEN KYLE GOODLETT | ) |
| | ) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Following the entry of Default Judgment against Defendant Stephen Kyle Goodlett [R. 39] and in accordance with the Order entered contemporaneously, the Court **ADJUDGES** as follows:

The Court enters an award of damages in favor of Plaintiffs as follows:

1. Plaintiffs are **AWARDED** the following damages and any recovery made shall be divided evenly among the named Plaintiffs:

    a. $1,050,000 in compensatory damages;

    b. $3,150,000 in punitive damages;

    c. totaling in a recoverable sum of $4,200,000.

2. This Judgment shall bear interest at the statutory rate;

3. This is a final and appealable Order; and

4. The Court **DIRECTS** the Clerk to strike this matter from its active docket.

This the 24th day of February, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY